THE THATER LAW GROUP, P.C.
M. LANI ESTEBAN-TRINIDAD
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Ste. A
Las Vegas, Nevada  89108
Telephone: (702) 736-5297
Facsimile: (702) 736-5299

Attorney for Plaintiff,
KAREN MCCLURE

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

KAREN McCLURE, an individual;   )
              Plaintiff,   )
vs.   )   Case No: 2:15-cv-02423-APG-CWH
  )
DELTA AIR LINES, INC., a foreign corporation,   )
DOES 1 through 10 inclusive; ROES   )
CORPORATIONS/ENTITIES 1 through 10   )
inclusive,   )
              Defendants.   )
_____)

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [FIRST REQUEST]**

Plaintiff KAREN McCLURE (hereinafter "Plaintiff") and DELTA AIR LINES, INC. (hereinafter "Defendant"), by and through their respective counsels of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss for Improper Venue, or in the Alternative, to Transfer Venue to the United States District Court for the Northern District of Georgia, Atlanta Division, up to and including February 26, 2016.

This extension is necessary to provide adequate time for Plaintiff to receive and review necessary information in order to respond to Defendant's Motion to Dismiss for Improper Venue, or in the Alternative, to Transfer Venue to the United States District Court for the Northern District of Georgia, Atlanta Division.  This is the first request for an extension of time to respond to Defendant's Motion to

-1-

Dismiss for Improper Venue, or in the Alternative, to Transfer Venue to the United States District Court for the Northern District of Georgia, Atlanta Division.

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: February 12th, 2016

Respectfully submitted,

THE THATER LAW GROUP, P.C.

/s/ M. Lani Esteban-Trinidad
M. LANI ESTEBAN-TRINIDAD
6390 W. Cheyenne Ave., Suite A
Las Vegas, Nevada 89108
Telephone: (702) 736-5297
Fax: (702) 736-5299

Attorney for Plaintiff,
KAREN McCLURE

Dated: February 12th, 2016

Respectfully submitted,

FISHER & PHILLIPS LLP

/s/ Scott M. Mahoney
SCOTT M. MAHONEY, ESQ.
300 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411

Attorney for Defendant,
DELTA AIR LINES, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: February 16, 2016.

_____
UNITED STATES DISTRICT JUDGE