**Transferred case has been opened**
ganddb_efile_notice   to: InterdistrictTransfer_NVD                    03/15/2016 11:37 AM

CASE: 2:15-cv-02423

DETAILS: Case transferred from Nevada
has been opened in Northern District of Georgia
as case 1:16-cv-00834, filed 03/15/2016.